```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 14494
    RANDALL S TORKELSON
    MARY E TORKELSON                         CHAPTER 13

                                             JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-7642     SSN XXX-XX-8868
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/10/07 and confirmed on 11/07/07.

2. The case was dismissed after confirmation, 01/16/2009.

3. The Debtor paid a total of $ 19220.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED VEHIC | 10565.52 | 607.32 | 3793.84 |
| KUBOTA CREDIT CORP USA | SECURED | 7435.97 | 429.02 | 2646.36 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | SECURED | 2500.00 | 137.48 | 886.40 |
| RACHEL TORKELSON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6112.37 | 113.12 | 705.47 |
| B REAL LLC | UNSECURED | 991.74 | 12.49 | 111.84 |
| CAPITAL ONE BANK | UNSECURED | 3937.22 | 72.86 | 454.42 |
| CAPITAL ONE BANK | UNSECURED | 1174.28 | 14.78 | 132.43 |
| CAPITAL ONE BANK | UNSECURED | 933.89 | 11.77 | 105.32 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6207.13 | 114.90 | 716.38 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 5186.59 | 95.99 | 598.60 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1335.25 | 16.82 | 150.58 |
| DELL FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9422.31 | 175.44 | 1086.95 |
| GEMB | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3774.39 | 69.85 | 435.63 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |

```
ASSET ACCEPTANCE CORP     UNSECURED           198.65            1.32          15.76
NCO FINANCIAL SYSTEMS IN  UNSECURED       NOT FILED              .00            .00
VALLEY WEST HOSPITAL      UNSECURED       NOT FILED              .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED              .00            .00
SEARS                     NOTICE ONLY     NOT FILED              .00            .00
SNAP ON CREDIT            UNSECURED       NOT FILED              .00            .00
CITICARDS PRIVATE LABEL   UNSECURED       NOT FILED              .00            .00
UMLIC VP LLC              UNSECURED         15617.93          289.07         1802.53
ROUNDUP FUNDING LLC       UNSECURED           540.39            6.87           60.90
WELLS FARGO FINANCIAL IN  UNSECURED       NOT FILED              .00            .00
WELLS FARGO FINANCIAL IN  UNSECURED          2025.14           37.48          233.73
VICTORIAS SECRET          NOTICE ONLY     NOT FILED              .00            .00
WELLS FARGO FINANCIAL IN  UNSECURED           533.33            5.34           28.35
HFC/BENEFICIAL            CURRENT MORTG         .00              .00            .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED  20501.49          .00     57990.61         .00      78492.10
PRINCIPAL PAID       7326.60          .00      6638.89         .00      13965.49
INTEREST PAID        1173.82          .00      1038.10         .00       2211.92
TOTAL PAID           8500.42          .00      7676.99         .00      16177.41
```

The Debtor's attorney, LEGAL HELPERS PC             , was allowed $   3000.00
and was paid $   1000.00   direct and $   2000.00   through the plan.

The Trustee received $   1042.59 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

PAGE  3
CASE NO. 07 B 14494 RANDALL S TORKELSON & MARY E TORKELSON